IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KOJO KHAYRALLAH,**

    **Plaintiff,**

v.                                         Case No. 4:24-cv-213-AW-MJF

**JOHN H. RUTHERFORD,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 5) and incorporate it into this order. Plaintiff did not object to the report and recommendation. I agree with the magistrate judge that Plaintiff has not stated a claim and that any amendment would be futile.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim." The clerk will then close the file.

The IFP motion (ECF No. 6) is DENIED as moot.

SO ORDERED on July 5, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge